UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JUAN CARLOS ANDINO,

    Plaintiff,

-vs-                                      Case No. 6:03-cv-1191-Orl-28DAB

UNITED STATES POSTAL SERVICE,

    Defendant.
_____

## ORDER

Plaintiff Juan Carlos Andino ("Plaintiff") brought the instant action alleging claims of discrimination and retaliation arising from his termination by Defendant United States Postal Service ("USPS"). This cause is before the Court on USPS's motion to dismiss or alternatively for summary judgment (Doc. 17). USPS argues that Plaintiff's Complaint must be dismissed because he failed to timely exhaust administrative remedies before bringing what USPS apparently presumes is a Title VII claim.[1]

The more basic deficiency in Plaintiff's Complaint, however, is that he fails to indicate the basis for the Court's jurisdiction. Federal Rule of Civil Procedure 8(a) provides, in relevant part:

> A pleading which sets forth a claim for relief . . . shall contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, unless the court already has jurisdiction and the claim needs no new grounds of jurisdiction to support it, (2) a short and plain statement of the claim

---

[1] Plaintiff did not file a response in opposition to USPS's motion.

showing that the pleader is entitled to relief, and (3) a demand for judgment for the relief the pleader seeks.

Having failed to indicate what statute he is proceeding under, Plaintiff clearly has not met Rule 8(a)'s requirement that he state "the grounds upon which the court's jurisdiction depends." See Atkins v. Sch. Bd., 379 F. Supp. 1060, 1061 ("Rule 8(a) of the Federal Rule of Civil Procedure requiring a statement of jurisdiction contemplates reference to a federal statute."). An additional defect in Plaintiff's Complaint, as USPS points out in its motion, is Plaintiff's failure to indicate what relief he is seeking.

Due to Plaintiff's failure to satisfy the basic requirements of Rule 8(a), the Court **ORDERS** that Plaintiff's Complaint is **DISMISSED**. In light of Plaintiff's pro se status, the Court further **ORDERS** that dismissal of Plaintiff's Complaint is without prejudice to file an amended complaint within 30 days of this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 26 day of May, 2005.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party