UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Juan Carlos Andino,

    Plaintiff,

-vs-                                        Case No. 6:03-cv-1191-Orl-28DAB

United States Postal Service,

    Defendant.

## ORDER

This cause is before the Court on Defendant's Motion to Dismiss (Doc. 23). Plaintiff has not timely filed a response. Defendant's Motion to Dismiss is **GRANTED,** and Plaintiff's Amended Complaint (Doc. 22) is **DISMISSED without prejudice**. Plaintiff may file a second amended complaint on or before August 26, 2005. If Plaintiff files a second amended complaint, it must comply with the Court's Order (Doc. 19) which set forth deficiencies in Plaintiff's original complaint. Plaintiff is cautioned that no further amendment of the complaint will be allowed.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this _1st_ day of July, 2005.

JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record
Unrepresented Party