UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Juan Carlos Andino,

                        **Plaintiff,**

-vs-                                                Case No. 6:03-cv-1191-Orl-28DAB

**United States Postal Service,**

                        **Defendant.**

## ORDER

This case is before the Court on review of the file. The United States Magistrate Judge has submitted a report recommending that this case be dismissed without prejudice for Plaintiff's failure to file a second amended complaint (Report and Recommendation, Doc. No. 27). Previously, the Court granted Plaintiff's Motion for Extension of Time to File Second Amended Complaint (Doc. No. 25) allowing him until September 9, 2005.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed November 3, 2005 (Doc. No. 27) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    This case is **DISMISSED without prejudice**. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __28__ day of November, 2005.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party